IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARY MURPHY,[1] | § | |
| | § | No. 286, 2025 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN23-03101 |
| JAYSON MURPHY, | § | Petition No. 24-11459 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | | |

Submitted: July 20, 2025
Decided: July 23, 2025

## **ORDER**

On July 8, 2025, the Chief Deputy Clerk issued a notice directing the appellant to show cause the appeal should not be dismissed for the appellant's failure to comply with Supreme Court Rule 42 when taking an appeal from an apparent interlocutory order. The notice was served on the appellant through the Court's electronic filing system. The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice